IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DAVID NEALY**, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00380-TES-AGH |
| | * |
| **EDWARD D LUKEMIRE et al.**, | |
| | * |
| Defendants. | |
| _____ | * |

# J U D G M E N T

Pursuant to this Court's Order dated December 16, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk